IN THE DISTRICT COURT OF
MONTGOMERY COUNTY, ALABAMA


FILE COPY

| | |
|---|---|
| RONALD E. MAYS, MONTGOMERY JET CENTER, INC., AND SOUTHERN SKIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX ST. JAMES, and US FED GROUP, and U.S. DEPARTMENT OF TRANSPORTATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: **CV 2006-3063**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2:07CV 33-wha

## NOTICE OF FILING REMOVAL

Ms. Melissa Rittenour
Clerk
Montgomery County Circuit Court
251 South Lawrence Street
Post Office Box 1667
Montgomery, AL 36102-1667

PLEASE TAKE NOTICE that on this 9th day of January, 2007, Defendant the United States Department of Transportation, filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a Notice of Removal of the above-styled action to that Court. A copy of that Notice is hereby filed with this Court. This action has been removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d), this honorable Court should proceed no further unless and until the case is remanded.

Respectfully submitted this 9th day of January, 2007.

                             LEURA G. CANARY
                             United States Attorney

By: _____
      STEPHEN M. DOYLE
      Chief, Civil Division
      Assistant United States Attorney
      Attorney for U.S. Department of Transportation
      Post Office Box 197
      Montgomery, AL  36101-0197
      District of Columbia Bar No. 422474
      Telephone No.: (334) 223-7280
      Facsimile No.: (334) 223-7418
      **E-mail: stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Filing Removal upon plaintiffs' attorney by mailing a copy of same, first class, postage prepaid, addressed as follows:

      William H. Turner, Esquire
      449 South McDonough Street
      Montgomery, Alabama 36104

Dated this 9th day of January, 2007.

                             _____
                             Assistant United States Attorney