IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD E. MAYS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv033-WHA |
| ) | |
| ALEX ST. JAMES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Department of Transportation's Motion to Dismiss (Doc. #3), it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before March 5, 2007** why the motion should not be granted. The Defendant shall have **until March 12, 2007**, to file any reply it may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 12th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE