IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD E. MAYS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv033-WHA |
| | ) |
| ALEX ST. JAMES, et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

This cause is before the court on a Motion to Dismiss (Doc. #3), filed by Defendant United States Department of Transportation ("USDOT") on January 9, 2007.

The Plaintiffs originally filed a Complaint in the Circuit Court of Montgomery County, Alabama on December 8, 2006. According to this court's interpretation of the Plaintiffs' Complaint, the Plaintiffs seek relief in the form of a declaratory judgment that "the Plaintiffs are under no obligation, duty or liability to pay or refund any monies to the passengers (customers) of Defendant St. James, et al." In addition, the Plaintiffs further pray for a temporary injunction to prevent Defendant USDOT from proceeding in any action regarding whether the Plaintiffs are under any such obligation, duty or liability.

Relying on 28 U.S.C. §1442(a)(1), Defendant USDOT filed a Notice of Removal on January 9, 2007. *See* 28 U.S.C. §1442(a)(1) (providing that any civil action commenced in a State court against the "United States or any agency thereof" may be removed to a United States District Court). Defendant USDOT concurrently filed this Motion to Dismiss. On February 12, 2007, this court entered an Order giving the Plaintiffs until March 5, 2007 to respond to Defendant USDOT's Motion to Dismiss. The Plaintiffs filed no response.

Based on this failure to respond, in addition to consideration of Defendant USDOT's compelling arguments in the Motion to Dismiss, the court finds that the Motion to Dismiss is due to be GRANTED. Accordingly, Defendant USDOT is due to be dismissed from the action.

This court's jurisdiction over the subject matter of this action depends exclusively upon the presence of Defendant USDOT as a party to the action. Because of Defendant USDOT's dismissal, the court no longer maintains subject matter jurisdiction. Accordingly, the court finds that this action is due to be REMANDED to the Circuit Court of Montgomery County, Alabama.

In accordance with the foregoing discussion, it is ORDERED as follows:

1. Defendant United States Department of Transportation's Motion to Dismiss (Doc. #3) is GRANTED.

2. Defendant United States Department of Transportation is DISMISSED as a party Defendant.

3. Because the court lacks subject matter jurisdiction, this action is REMANDED to the Circuit Court of Montgomery County, Alabama.

4. The Clerk is DIRECTED to take all steps necessary to effectuate this remand.

Done this the 14th day of March, 2007

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE